IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KIMBERLY AMANDA LARNEY, and SHARON SPEARMAN,<br>Plaintiffs,<br><br>v.<br><br>IRWIN COUNTY DETENTION CENTER, LLC, et al.,<br>Defendants. | CASE NO. 7:06-CV-40(HL) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs.

SO STIPULATED, this 29th day of August, 2007.

For the Plaintiff:

_____
Joshua A. Larkey
Ga. Bar No. 001316
Attorney for Plaintiffs

For the Defendants:

_____
Julia H. Magda
Ga. Bar No. 319376
Attorney for Defendant Gaskins

_____
J. Ellsworth Hall, IV
Ga. Bar No. 319105
Attorney for all other Defendants

232528.1